CLOSED

# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CRIMINAL DOCKET FOR CASE #: 2:26-mj-01973-1

Case title: USA v. DOBROVSKY

Date Filed: 10/08/2026

Date Terminated: 10/09/2026

---

Assigned to: Unassigned

**Defendant (1)**

**EDWARD DOBROVSKY**
*TERMINATED: 10/09/2026*
*also known as*
ED
*TERMINATED: 10/09/2026*
*also known as*
BROWN
*TERMINATED: 10/09/2026*

represented by **FEDERAL DEFENDERS**
FEDERAL DEFENDER'S OFFICE
601 WALNUT STREET
SUITE 545
PHILADELPHIA 19106
2159281100
Email: Pae_ecf@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:371 AND 1030(a)(7)(B) - CONSPIRACY TO THREATEN TO IMPAIR THE CONFIDENTIALITY OF INFORMATION WITH THE INTENT TO EXTORT MONEY; 18:1951(a) AND (b)(2) - INTERFERENCE WITH COMMERCE | |

BY THREATS (HOBBS ACT
EXTORTION AND CONSPIRACY TO
COMMIT HOBBS ACT EXTORTION)

---

**Plaintiff**

**USA**

represented by **EVERETT R WITHERELL**
US ATTORNEY'S OFFICE
615 CHESTNUT STREET
SUITE 1250
PHILADELPHIA, PA 19106
215-861-8327
Email: everett.witherell@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/08/2026 | | Arrest (Rule 40) of EDWARD DOBROVSKY (tomg) (Entered: 10/09/2026) |
| 10/08/2026 | 1 | Minute Entry for proceedings held before MAGISTRATE JUDGE SCOTT W. REID: IA/AC/RULE 5 TO TEXAS as to EDWARD DOBROVSKY held on 10/8/2026.(tomg) (Main Document 1 replaced on 10/15/2026) (tomg). (Entered: 10/09/2026) |
| 10/08/2026 | 2 | MOTION To Appoint Counsel, MOTION for PRETRIAL DETENTION AS TO EDWARD DOBROVSKY. (tomg) (Entered: 10/09/2026) |
| 10/08/2026 | 3 | BAIL STATUS AND ORDER AS TO EDWARD DOBROVSKY (1) THAT, FOLLOWING A COLLOQUY ON DEFT'S FINANCIAL QUALIFICATIONS, THE DEFT'S MOTION FOR APPOINTED COUNSEL IS GRANTED. THE FEDERAL DEFENDERS IS APPOINTED TO REPRESENT THE DEFT. DEFT STIPULATED TO IDENTITY AND PROBABLE CAUSE. THE GOVT MOVED FOR DETENTION AND DEFT ELECTED TO HAVE HIS DETENTION HEARING IN THE CHARGING DISTRICT. THE GOVT'S MOTION IS GRANTED AND DEFT IS DETAINED PENDING A DETENTION HEARING IN THE CHARGING DISTRICT. Signed by MAGISTRATE JUDGE SCOTT W. REID on 10/8/2026.10/9/2026 ENTERED AND COPIES E-MAILED.(tomg) (Entered: 10/09/2026) |
| 10/09/2026 | 4 | COMMITMENT TO ANOTHER DISTRICT AS TO EDWARD DOBROVSKY. DEFENDANT COMMITTED TO EASTERN District of TEXAS.. Signed by MAGISTRATE JUDGE SCOTT W. REID on 10/9/2026.10/9/2026 Entered and Copies E-Mailed. (tomg) (Entered: 10/09/2026) |
| 10/19/2026 | | ***Transferred Case as to EDWARD DOBROVSKY to Eastern District of Texas. (ap) (Entered: 10/19/2026) |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL / MAGISTRATE |
| | : | |
| v. | : | |
| | : | |
| Edward Dobrosky | : | NO.26m1973 |

**BAIL STATUS ORDER**

After a hearing held this day pursuant to the Federal Rules of Criminal Procedure, or as otherwise indicated, the following ORDERS were issued:

**A. Counsel**

☒Defendant MOVED for appointed counsel. Following a colloquy on Defendant's financial qualifications, IT IS ORDERED that the Motion is GRANTED. , The Federal Defender IS APPOINTED to represent Defendant.

**B. Detention/Release**

☐The Government MOVED for detention and a continuance to prepare its detention motion. The Motion for continuance is GRANTED, and Defendant is detained pending a hearing on the Government's detention motion. A detention hearing and arraignment will take place on .

**For Reentry/ICE Detainer Cases**

☐Following a hearing on the record, this Court finds that the Government has met its burden under 18 U.S.C. § 3142(f)(2)(A) to proceed with a detention hearing.

☐Following a hearing on the record, this Court finds that the Government has not met its burden under 18 U.S.C. § 3142(f)(2)(A) to proceed with a detention hearing. The defendant is released. See attached Conditions of Release Order.

☐This Court's Order to release the defendant is **STAYED** for 24 hours from [date/time to date/time] pending a possible appeal from the Government.

☐The Government MOVED for detention and Defendant stipulated to detention. For the reasons stated on the record, the Court accepts Defendant's stipulation, and the Motion is GRANTED. Defendant is DETAINED pending further proceedings.

☐Following a hearing, and for the reasons stated on the record, the Government's Motion for Detention is GRANTED. Defendant is DETAINED pending further proceedings.

☐Following a hearing, and for the reasons stated on the record, the Government's Motion for Detention is DENIED. See attached Conditions of Release Order.

☐The Government and Defendant have agreed to conditions of release. For the reasons stated on the record, the Court approves the conditions. See attached Conditions of Release Order.

☐The Government's prior oral or written Motion for Detention is DENIED as moot.

**C. Probable Cause (for Complaints and Probation/Supervised Release Violations)**

☐The Defendant stipulated to probable cause. Upon independent review, the Court accepts the stipulation and makes a finding of probable cause.

☐Following a hearing, probable cause was found by the Court.

☐Following a hearing, the Court found <u>no</u> probable cause. The charges are DISMISSED.

**D. Arraignment/Brady**

☐Defendant pleaded Not Guilty to All Count(s). Parties have 14 days to file pretrial motions.

☒The United States is obligated, pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963), *Giglio v. United States*, 405 U.S. 150 (1972), and subsequent cases, to timely disclose information favorable to the defense as to criminal liability on the charged offense(s) or mitigation of any punishment that may be imposed. Such favorable information includes information that may cast doubt on the credibility of government witnesses. Possible consequences for violating this order include exclusion of evidence, dismissal of charges, contempt proceedings, disciplinary referral, and any other relief authorized by law.

**E. Charges Arising in Non-Arrest District (Rule 5(c)(2))**

☒Defendant stipulated to identity and probable cause.

☐Defendant was found to be the person named in the warrant, **and**

☐Defendant has no right to a preliminary hearing because he was indicted, or

☐Probable cause was found,

☐Defendant has a right to a preliminary hearing, but elected to have the hearing in the charging district; **and**

☐Defendant was released or ordered detained in section B above, or

☒The Government MOVED for Detention and Defendant elected to have his detention hearing in the charging district. The Government's Motion is GRANTED and Defendant is detained pending a detention hearing in the charging district.

☐The Government ☐has <u>not</u> proved that defendant is the person named in the warrant. Defendant is RELEASED.

☐ The Court found <u>no</u> probable cause. The charges are DISMISSED.

**G. Violation of Bail Conditions (18 U.S.C. § 3148)**

☐The Government's Motion to Revoke Bail is DENIED.

☐See attached Conditions of Release Order, or

☐Conditions of Release remain as previously set.

☐The Government's Motion to Revoke Bail is GRANTED. Bail is REVOKED and Defendant is detained.

☐Defendant is detained pending a final revocation hearing before Judge [name.]

**H. Other**

☐During the hearing the [Government /Defendant] MOVED to continue the [detention hearing/preliminary hearing/arraignment.] The motion is [GRANTED or DENIED.] The hearing will take place on [date.]

☐Prior to the scheduled hearing, the court received a request by email from the Defense to continue the detention hearing The request is treated as a MOTION, and upon consideration, IT IS ORDERED that the Motion is GRANTED The hearing will take place on at

☐The [Government/Defendant] MOVED for a competency assessment. The motion is [GRANTED/DENIED.] See separate order.

☐Following a hearing, Defendant was found [competent/not competent] to proceed to trial. See separate order.

☐Other

BY:

s/Scott W. Reid

SCOTT W REID
United States Magistrate Judge
Dated:10/8/26

(Form revised May 2025)

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

United States of America
v.
Edward Dobrosky
*Defendant*

Case No. 26m1973

Charging District's Case No. 26mj168

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Eastern District of Texas,
*(if applicable)* ______________ division. The defendant may need an interpreter for this language: ______________.

The defendant: ☒ will retain an attorney.
☐ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 10/9/2026

s/Scott W. Reid
*Judge's signature*

Scott W. Reid, USMJ
*Printed name and title*