IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 6:26-MJ-168 |
| | § | |
| EDWARD DUBROVSKY | § | |
| a/k/a “Ed” | § | |
| a/k/a “Brown” | § | |

# MOTION FOR LEAVE TO FILE UNDER SEAL

The United States is filing in this case a Government’s Unopposed Motion to Extend Indictment Deadline.

The Government prays that the Government’s Motion be sealed until further order of the Court.

Respectfully submitted,

JAY R. COMBS
UNITED STATES ATTORNEY

*/s/ Lucas Machicek*
LUCAS MACHICEK
Assistant United States Attorney
Texas Bar No. 24064230
110 N. College, Ste. 700
Tyler, TX 75702
Tel: (903) 590-1400
Email: Lucas.Machicek@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that a copy of the Motion for Leave to File Under Seal has been served on counsel of record for defendant via ECF on this the 23rd day of November, 2026.

*/s/ Lucas Machicek*
LUCAS MACHICEK

**CERTIFICATE OF CONFERENCE**

I hereby certify that prior to the filing of the foregoing motion, I conferred with Jason Cassel and Jeffrey Udell, counsel for Edward Dubrovsky in this case, who stated that they are unopposed to this motion.

/s/ *Lucas Machicek*
LUCAS MACHICEK