IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 6:26-MJ-168 |
| | § | |
| EDWARD DUBROVSKY | § | |
| a/k/a "Ed" | § | |
| a/k/a "Brown" | § | |

**ORDER**

On this date came to be considered the Government's Motion for Leave to File Under Seal. After consideration of the pleadings, the Court is of the opinion that the Government's position is well taken. It is, therefore,

ORDERED that the Government's Motion for Leave to File Under Seal be, and the same is, hereby GRANTED.